[DO NOT PUBLISH]

IN THE UNITED STATES COURT OF APPEALS

FOR THE ELEVENTH CIRCUIT

_____

No. 18-12079
Non-Argument Calendar

_____

D.C. Docket No. 4:17-cr-00048-MW-CAS-4


UNITED STATES OF AMERICA,

Plaintiff-Appellee,

versus

TYRAIL GALLMAN,

Defendant-Appellant.

_____

Appeal from the United States District Court
for the Northern District of Florida

_____

(August 27, 2019)

Before MARTIN, NEWSOM and HULL, Circuit Judges.

PER CURIAM:

Attorney Michael Ufferman, appointed counsel for Tyrail Gallman in this direct criminal appeal, has moved to withdraw from further representation of Gallman and filed a brief pursuant to *Anders v. California*, 386 U.S. 738 (1967). Our independent review of the entire record reveals that counsel's assessment of the relative merit of the appeal is correct. Because independent examination of the entire record reveals no arguable issues of merit, counsel's motion to withdraw is **GRANTED**, and Gallman's conviction and sentence are **AFFIRMED**.